No. 91–1392. HOMEBUILDERS ASSOCIATION OF BUCKS/MONTGOMERY COUNTIES, INC., ET AL. *v.* BOROUGH OF TRAPPE. C. A. 3d Cir. Certiorari denied.

No. 91–1397. CITY OF TUKWILA *v.* WORLD WIDE VIDEO, INC. Sup. Ct. Wash. Certiorari denied.

No. 91–1405. OPTIMAL DATA CORP. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 91–1407. WHITE BUFFALO CONSTRUCTION, INC. *v.* J. ARLIE BRYANT, INC. C. A. 9th Cir. Certiorari denied.

No. 91–1408. CHAGALL *v.* SOBEL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–1409. HERMAN, WARDEN, ET AL. *v.* PAGE. C. A. 9th Cir. Certiorari denied.

No. 91–1411. WHOLESALE & RETAIL FOOD DISTRIBUTION LOCAL 63, INTERNATIONAL BROTHERHOOD OF TEAMSTERS *v.* BENDER ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1413. THOMPSON *v.* CITY OF COVINGTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–1414. EVONUK *v.* SHEKELL ET AL. Ct. App. Ore. Certiorari denied.

No. 91–1448. PUTKA *v.* FIRST CATHOLIC SLOVAK UNION OF THE UNITED STATES AND CANADA ET AL. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 91–1453. HOANG *v.* SIMS ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–1454. VILLA MARINA YACHT SALES, INC., ET AL. *v.* HATTERAS YACHT ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–1457. PIOTROWSKI ET AL. *v.* CITY OF CHICAGO. App. Ct. Ill., 1st Dist. Certiorari denied.